UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – BLOOMINGTON, INC., *et. al*, and | ) ) ) |
| SELECT SPECIALTY HOSPITAL – AUGUSTA, INC., *et. al*, | ) ) ) |
| Plaintiffs, | ) Civil Case No. 09cv2008 (RJL), ) ) consolidated with |
| v. | ) ) Civil Case No. 09cv2362 (RJL) |
| KATHLEEN SEBELIUS, Secretary U.S. Dep't of Health and Human Services | ) ) ) |
| Defendant. | ) |

ORDER
March 31st, 2011 [## 17, 18]

For the reasons set forth above, it is this ___ day of March, 2011 hereby

ORDERED that plaintiffs' Motion for Summary Judgment [Dkt. #17] is DENIED, and it is further

ORDERED that defendant's Cross Motion for Summary Judgment [Dkt. #18] is GRANTED IN PART, and it is further

ORDERED that the issue relating to the plaintiffs' two free-standing hospitals depicted in the Court's Memorandum Opinion be REMANDED to the Board for further explanation, and it is further

ORDERED that within 120 days from the date of this Order, the Board shall submit to this Court and to the parties either its added explanation or a status report setting forth when it expects to be able to address this issue, and it is further

1

ORDERED that within 30 days from the date that the Board makes its determination, the parties shall meet and confer regarding the status of this case and shall submit a status report on how the remaining portion of this case should proceed, and it is further

ORDERED that the above-captioned case be DISMISSED with prejudice as to all claims other than the free-standing-hospital issue remanded herein.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge