UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – BLOOMINGTON, INC., *et al.*, and <br><br> SELECT SPECIALTY HOSPITAL – AUGUSTA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, *Secretary,* <br> *U.S. Dep't of Health and Human Services* <br><br> Defendant. | Civil Case No. 09-2008 (RJL), <br><br> consolidated with <br><br> Civil Case No. 09-2362 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 19th day of September 2012, it is hereby

**ORDERED** that plaintiffs' Supplemental Motion for Summary Judgment [Dkt.#38][1] is DENIED; it is further

**ORDERED** that defendant's Cross-Motion for Summary Judgment [Dkt. #39] is GRANTED; and it is further

**ORDERED** that the above-captioned cases are DISMISSED.

_____
RICHARD J. LEON
United States District Judge

---

[1] All docket references herein are to the docket in lead Civil Case No. 09-2008. The respective docket numbers for the motions in Civil Case No. 09-2362 are numbers 41 and 44.